AO 83 (Rev. 06/09) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

| United States of America | ) | |
| v. | ) | |
| **ZAFAR KHAN** | ) | **2:21-cr-20002** |
| | ) | |
| _Defendant_ | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☑ Indictment     ☐ Superseding Indictment     ☐ Information   ☐ Superseding Information     ☐ Complaint

☐ Probation Violation Petition     ☐ Supervised Release Violation Petition   ☐ Violation Notice     ☐ Order of Court

| Place: Theodore Levin U.S. Courthouse 231 W. Lafayette Detroit, MI 48226 | Courtroom No.:   ZOOM |
| | Date and Time:   01/21/2021 1:00 pm |

This offense is briefly described as follows:

WIRE FRAUD AND CONSPIRACY TO COMMIT WIRE FRAUD all in violation of 18 U.S.C. §§ 1343, 1349

FILED
CLERK'S OFFICE

JAN - 6 2021

Date:   JAN - 6 2021

U.S DISTRICT COURT
EASTERN MICHIGAN

_Issuing officer's signature_

DAVON ALLEN   DEPUTY CLERK
_Printed name and title_

I declare under penalty of perjury that I have:

☐ Executed and returned this summons          ☐ Returned this summons unexecuted

Date:

_Server's signature_

_Printed name and title_